UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ANTHONY T. WOODS**,

    **Plaintiff,**

v.

**SOUTHERN ILLINOIS
UNIVERSITY CARBONDALE,**

    Defendants.                                No. 15-cv-597-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Dismiss (Doc. 17).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 7, 2016 (Doc. 34) granting Defendant's Motion to Dismiss, this case is **DISMISSED**. The retaliation claim is **dismissed without prejudice** for failure to exhaust administrative remedies. The racial harassment claim is **dismissed with prejudice**. This case is **CLOSED.**

                                              JUSTINE FLANAGAN,
                                              ACTING CLERK OF COURT

                                              BY:    */s/Caitlin Fischer*
                                                        **Deputy Clerk**

Dated: September 8, 2016

                              Judge Herndon
                              2016.09.08
                              10:35:16 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT